1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3863
6  Facsimile:    (415) 554-3837
   E-Mail:       sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

JOSEPH P. BRENT, State Bar #214459
DAVID LEE FIOL, State Bar #203546
Brent & Fiol, LLP
222 Kearny Street, Suite 650
San Francisco, CA 94108
Telephone:    (415) 984-0415
Facsimile:    (415) 373-4420
E-Mail:       jbrent@brentfiollaw.com

Attorneys for Plaintiffs
JEFFREY BITTON, MICHA BITTON
& SANDRA BITTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY BITTON, MICHA BITTON AND SANDRA BITTON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, SAN FRANCISCO POLICE DEPARTMENT CAPTAIN DAVID LAZAR, POLICE OFFICER BERKE (SFPD BADGE NO. 2240), POLICE OFFICER BRENT BRADFORD (SFPD BADGE NO. 4199), POLICE OFFICER NG (SFPD BADGE NO. 338), POLICE OFFICER DOWKY (SFPD BADGE NO. 799), POLICE OFFICER MARON (SFPD BADGE NO. 1929), POLICE OFFICER NEWBECK (SFPD BADGE NO. 1691), POLICE OFFICER PAPALE (SFPD BADGE NO. 642), POLICE OFFICER | Case No. C08-5585 MMC<br><br>**JOINT ADMINISTRATIVE MOTION TO EXTEND JURISDICTION OF ENE EVALUATOR IN ORDER TO CONDUCT ENE HEARING;** ~~PROPOSED~~ **ORDER [STIPULATED]**<br>**[CIVIL L.R. 7-11]** |
|---|---|

| | |
|---|---|
| 1<br>2<br>3<br>4 | JONES (SFPD BADGE NO. 852), POLICE OFFICER GARDEN (SFPD BADGE NO. 404), POLICE OFFICER MCKINNEY (SFPD BADGE NO. 4), POLICE OFFICER LIBERTA (SFPD BADGE NO. 682), and DOES 1-100,<br><br>          Defendants. |

Pursuant to Local Rule 7-11 and ADR L.R. 5-4(b), the parties jointly file this stipulated Administrative Motion to extend the jurisdictional time of the evaluator in order to conduct an ENE Hearing.

## BACKGROUND

This is a civil rights action brought by the Jeffrey Bitton, Micha Bitton and Sandra Bitton against individual San Francisco police officers and the City and County of San Francisco. Plaintiffs contend that the Defendants violated their Fourth Amendment rights by making an ulawful entry into their home and using unlawful force against defendants, while the Defendants maintain that exigent circumstances justified a warrantless entry and that any force used was lawful.

The parties and the Court's ADR coordinator engaged in a teleconference regarding the timing of the ENE Hearing, the form of mandatory ADR selected by the parties. Following the conference, the Court appointed Charles E. Farnsworth as the ENE Evaluator and set the hearing for June 11, 2009.

Due to conflicting schedules of the parties and evaluator, the parties were unable to conduct the hearing. A subsequent hearing could not be rescheduled within the 90 time limit prescribed by ADR Local Rules for conducting such hearing.

On September 8, 2009, a further ADR phone conference was conducted, at which time the ADR coordinator recommended that the parties file a joint administrative motion seeking an extension of the ENE Evaluator's jurisdiction so that ADR efforts can ensue. The parties agree that within 60 days after an order is issued would be a reasonable time to prepare for and to engage in the ADR process. Accordingly, the parties file this joint motion.

Dated: September 16, 2009

                            DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

By: s/*Sean Connolly*
    SEAN F. CONNOLLY
    Deputy City Attorney

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: September 16, 2009

                            BRENT & FIOL, LLP

By: s/*David Fiol*
    JOSEPH P. BRENT, ESQ.
    DAVID LEE FIOL, ESQ.

Attorneys for plaintiffs JEFFREY BITTON, MICHA BITTON & SANDRA BITTON

**ORDER**

Pursuant to stipulation, it is so Ordered that the ENE Evaluator Charles E. Farnsworth's jurisdiction be extended for 60 days from the date of this order.

Date: September 29, 2009

The Honorable Maxine M. Chesney
Judge of the United States District Court