DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:     (415) 554-3837
E-Mail:        sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

JOSEPH P. BRENT, State Bar #214459
DAVID LEE FIOL, State Bar #203546
Brent & Fiol, LLP
222 Kearny Street, Suite 650
San Francisco , CA 94108
Telephone:     (415) 984-0415
Facsimile:     (415) 373-4420
E-Mail:        jbrent@brentfiollaw.com

Attorneys for Plaintiffs
JEFFREY BITTON, MICHA BITTON
& SANDRA BITTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BITTON, MICHA BITTON AND SANDRA BITTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, SAN FRANCISCO POLICE DEPARTMENT CAPTAIN DAVID LAZAR, POLICE OFFICER BERKE (SFPD BADGE NO. 2240), POLICE OFFICER BRENT BRADFORD (SFPD BADGE NO. 4199), POLICE OFFICER NG (SFPD BADGE NO. 338),POLICE OFFICER DOWKY (SFPD BADGE NO. 799), POLICE OFFICER MARON (SFPD BADGE NO. 1929), POLICE OFFICER NEWBECK (SFPD BADGE NO. 1691), POLICE OFFICER PAPALE (SFPD | Case No. C08-5585 MMC<br>ORDER RE:<br>**JOINT STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF DATE** |

BADGE NO. 642), POLICE OFFICER JONES (SFPD BADGE NO. 852), POLICE OFFICER GARDEN (SFPD BADGE NO. 404), POLICE OFFICER MCKINNEY (SFPD BADGE NO. 4), POLICE OFFICER LIBERTA (SFPD BADGE NO. 682), and DOES 1-100,

    Defendants.

Pursuant to Local Rule 6-2, the parties jointly file this stipulated motion to extend the fact discovery deadline from January 29, 2010 to March 26, 2010 and to extend the expert discovery deadline from March 26, 2010 to April 26, 2010.

This is a civil rights action brought by the Jeffrey Bitton, Micha Bitton and Sandra Bitton against individual San Francisco police officers and the City and County of San Francisco. Plaintiffs contend that the Defendants violated their Fourth Amendment rights by making an illegal arrest, an unlawful entry into their home and using unlawful force, while the Defendants maintain that probable cause existed to arrest, exigent circumstances justified a warrantless entry, and that any force used was lawful.

On March 20, 2009, the Court entered a Pretrial Order that established the relevant fact, expert, and trial deadlines controlling this litigation. Pursuant to that Order, fact discovery closes on January 29, 2010, and expert discovery closes on March 26, 2010. The pretrial hearing is set for June 12, 2010, and trial is set for July 12, 2010. A copy of the Order is attached hereto as Exhibit 1.

The parties have agreed to a short extension of time to complete both fact and expert discovery; the requested extension does not effect the pretrial date or the trial date. Good cause exists to extend fact and expert discovery deadlines based on factors that were beyond the control of the parties. On April 6, 2009, the Court originally appointed Charles E. Farnsworth as ENE evaluator and set the ENE conference for June 11, 2009. However, due to conflicting schedules of the parties and the evaluator, and the evaluator's extended vacation plan, the parties were unable to conduct the hearing. Further, defense counsel had a serious family medical emergency during that time, which hampered scheduling of the conference.

The parties attempted to reschedule the ENE hearing but due to reasons unknown to the parties, the ADR administrator recommended that the parties use a different evaluator. The parties agreed, and on or around November 24, 2009, the Court appointed Patrick Robbins. On December 2, 2009, the parties held their joint phone conference with Mr. Robbins and set January 22, 2010 as the date for the ENE hearing. The hearing is only seven days before fact discovery is scheduled to close.

The parties had agreed to conduct an early nuetral evaluation in an attempt to explore the possibility of resolution without incurring the costs of discovery. The parties have delayed the taking of any lengthy discovery in anticipation of the ENE. Because the ENE hearing has been postponed until January 20, 2010, little time to conduct discovery remains if the case does not resolve there. Thus, the parties will need additional time to complete fact discovery. The parties have agreed to a short extension of the fact discovery deadline from January 29 to March 26, 2010, which is currently the date for completion of expert witnesses. Since this case is unlikely to require numerous experts, the parties have agreed to extend expert discovery for one month from March 26, 2010 to April 26, 2010. The July 12, 2010 trial date as well as the June 12, 2010 pretrial conference date remain unchanged.

This is the parties' first request to extend any of the discovery deadlines set in the Pretrial Order, and the parties do not anticipate making other requests for additional time. The Court has issued two prior orders that extended the ENE evaluator's jurisdiction. The first order was entered on September 29, 2009, and the most recent was entered on December 17, 2009.

Dated: December 18, 2009

                          DENNIS J. HERRERA
                          City Attorney
                          JOANNE HOEPER
                          Chief Trial Deputy


                     By: s/*Sean Connolly*
                        SEAN F. CONNOLLY
                        Deputy City Attorney

                        Attorneys for Defendants CITY AND COUNTY OF
                        SAN FRANCISCO, et al.

Dated: December 18, 2009

BRENT & FIOL, LLP


By: s/*Joseph Brent*
JOSEPH P. BRENT, ESQ.
DAVID LEE FIOL, ESQ.

Attorneys for plaintiffs JEFFREY BITTON,
MICHA BITTON & SANDRA BITTON

# ORDER

Pursuant to stipulation, and good cause having been found, it is ordered that fact discovery closure date is extended from January 29, 2010 to and including March 26, 2010. Expert discovery closure date is extended from March 26, 2010 to April 26, 2010. All other dates in the Pretrial Order remain unchanged,, including the April 9, 2010 deadline for the filing of any dispositive motion.

Date: December 22, 2009

*/s/ Maxine M. Chesney*
The Honorable Maxine M. Chesney
Judge of the United States District Court