UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY BITTON,                                    Case No.  C08-05585 MMC (JCS)

        Plaintiff(s),

        v.                                    **ORDER TO SUBMIT SETTLEMENT CONFERENCE STATEMENTS IN .PDF FORMAT**

CITY AND COUNTY OF SAN
FRANCISCO, ET AL.,

        Defendant(s).
_____/

      IT IS HEREBY ORDERED that in addition to the submission of paper copy of settlement conference statements to chambers, each party shall submit their confidential settlement conference statements in .pdf format and email their statement to **JCSPO@cand.uscourts.gov**.

      All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

Dated:  February 8, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge