IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BITTON, et al., | No. C 08-5585 MMC |
| Plaintiffs, | **ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants / | |

The parties having reached a settlement of the above-titled action at the settlement conference conducted March 2, 2010, said settlement subject to approval by the San Francisco Board of Supervisors and the San Francisco Police Department, and the matter previously having been set for trial on October 12, 2010,

IT IS HEREBY ORDERED that, in the event a dismissal has not been filed by May 20, 2010, the parties shall file no later than May 21, 2010 a Joint Status Report, setting forth therein the status of the parties' settlement.

**IT IS SO ORDERED.**

Dated: March 3, 2010

MAXINE M. CHESNEY
United States District Judge