IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY BITTON, et al.,

        Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

                                             /

No. C 08-5585 MMC

**ORDER DIRECTING PARTIES TO APPEAR AT STATUS CONFERENCE**

       By order filed March 3, 2010, the Court directed the parties to file, no later than May 21, 2010, a Joint Status Report, setting forth therein the status of the parties' settlement. The parties did not comply with said order.

       Thereafter, at the request of the Court, the Clerk, as a courtesy, called counsel for both parties on May 26, 2010, and left messages advising counsel of the need to comply with the Order of March 3, 2010. Again, the parties did not comply with said order.

       Accordingly, the parties are hereby DIRECTED to appear at a Status Conference on July 9, 2010, at 10:30 a.m. Further, no later than July 2, 2010, the parties shall file a Joint Status Conference Statement.

       **IT IS SO ORDERED.**

Dated: June 21, 2010

                                              MAXINE M. CHESNEY
                                              United States District Judge