**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BITTON, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 08-5585 MMC<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

　　　Before the Court is the parties' Joint Case Status Conference Statement, filed July 1, 2010.

　　　In light of the parties' representation that the proposed settlement is presently pending before the San Francisco Board of Supervisors for their consideration, the Status Conference is hereby CONTINUED from July 9, 2010 to September 24, 2010. A Joint Status Conference Statement shall be filed no later than September 17, 2010.

　　　**IT IS SO ORDERED.**

Dated: July 8, 2010

　　　　　　　　　　　　　　　　　　/s/ Vaughn R Walker
　　　　　　　　　　　　　　　　　　VAUGHN R WALKER for
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge