DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
E-Mail:           sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY BITTON, MICHA BITTON AND SANDRA BITTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. C08-5585 MMC<br><br>~~PROPOSED~~ ORDER GRANTING MOTION TO FILE UNDER SEAL<br>(CIV. L.R. 7-11, 79-5)<br><br>Hearing Date:   July 9, 2010<br>Time:                10:30<br>Place:               Hon. Chesney<br>                         CourtRoom 7, 19th Floor,<br>                         450 Golden Gate Avenue,<br>                         San Francisco, CA<br><br>Trial Date:        N/A |
|---|---|

The Court hereby GRANTS Defendants' Administrative Motion to File Under Seal the Declaration of Sean F. Connolly in Support of Defendants' Joint Status Conference Statement.

IT IS SO ORDERED.   Defendants are DIRECTED to file the Declaration under seal. See General Order 62.

Dated: __July 7, 2010__         ___/s/ Vaughn R Walker for___
                                                HONORABLE MAXINE M. CHESNEY
                                                UNITED STATES DISTRICT JUDGE